UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

HIKMA J. AHMED                                       :
790 Fairview Avenue, #311
Takoma Park, 20912                                   :

    Plaintiff,                                  :

v.                                                   : CA No.

UNITED STATES OF AMERICA                             :
Serve: United States Attorney
United States Attorney General                       :
950 Pennsylvania Avenue, NW
Washington, DC 20530                                 :
AND
SERVE: United States Attorney                        :
555 4th Street, NW
Washington, DC 20530

    Defendant.                                  :

## COMPLAINT

Comes now the Plaintiff by and through counsel, and for her Complaint states as follows:

1. Jurisdiction for this action is based on the Federal Tort Claims Act.

2. On June 26, 2012, Plaintiff was involved in a motor vehicle collision with the United States of America.

3. The aforesaid collision was caused by the negligence of the United States of America.

4. The collision was at or near the intersection of 6th Street and I Street, NW in Washington, DC at approximately 10:40 a.m. on June 26, 2012.

5. As a result of said collision, the Plaintiff suffered personal injury and incurred property damage and related costs.

WHEREFORE, the Plaintiff Hikma J. Ahmed demands judgment against the Defendant United States of America in the amount of FIFTY THOUSAND DOLLARS ($50,000.00).

Respectfully submitted,

Douglas R. Stevens, #343178
Attorney for Plaintiff
3158 O Street, N.W.
Washington, DC  20007
(202) 337-3800